# CERTIFICATE OF SERVICE

I, <u>Jonathan S. Feldman</u> (name), certify that service of this summons, a copy of the complaint, a copy of the Pretrial/Trial Order (DE 3), and a copy of the Order Establishing Uniform Mediation Procedures (DE 861, Main Case) was made <u>8/29/19</u> (date) by:

**XX**  ☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| Symon Sanak | Robert Gorgijoski | RTST Express Inc. |
|---|---|---|
| 264 Nutall Road | 953 High Meadow Drive, Apt.B | c/o Symon Sanak, Registered Agent |
| Riverside, IL  60546-1859 | Crown Point, IN  46307-5296 | 2122 Shermann Road |
|  |  | Hammond, IN  46320 |

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  8/29/19                              Signature: _/s/ Jonathan S. Feldman_

| Print Name: Jonathan S. Feldman, Esq., for Plaintiff (12682) |
|---|
| Address: 200 S. Andrews Ave., Suite 600 |
| City: Ft. Lauderdale     State: FL     Zip: 33301 |